Z. Kathryn Branson, Esq.
Nevada Bar No. 11540
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113-4770
Telephone: 702.862.8800
Fax No.:    702.862.8811
kbranson@littler.com

Attorney for Defendant
WALMART, INC.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW TIMOTHY MESLOH,<br><br>           Plaintiff,<br><br>v.<br><br>WALMART INC.<br>DOES 1 through X inclusive and ROE<br>Business Entities I through X, inclusive,<br><br>           Defendants. | Case No. 3:25-cv-00378-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

Plaintiff MATTHEW TIMOTHY MESLOH ("Plaintiff") and Defendant WALMART, INC. ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees.

The parties agree that neither party shall be deemed to be a prevailing party in this action

/ / /

/ / /

/ / /

and that neither party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available.

Dated: September , 2025

/s/ *signature*
Matthew Timothy Mesloh

Plaintiff

September 25, 2025

LITTLER MENDELSON, P.C.

*signature*
Z. Kathryn Branson

Attorney for Defendant
WAL-MART ASSOCIATES, INC.

**IT IS SO ORDERED.**

Dated: _____October 17__, 2025.

*signature*
UNITED STATES DISTRICT JUDGE

2